**SO ORDERED.**

**SIGNED this 14 day of May, 2010.**

_____
**Randy D. Doub**
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | |
|---|---|
| **In the Matter of:** | **Case No.:** |
| **DEUCE INVESTMENTS, INC.** | **10-01083-8-RDD** |
|     **Debtor** | **Chapter 11** |

### ORDER APPROVING PRIVATE SALE

**THIS CAUSE** coming on to be heard before the undersigned Bankruptcy Judge upon the Debtor's Motion for Approval of Private Sale; and, it appearing from a review of the record that all parties in interest in this action were served with a copy of the Motion and Notice of the same; and, it further appearing that the proposed purchase price represents the fair market value of the property; and, it further appearing that it would be in the best interest of all parties for the approval of said sale; and, for other good cause shown:

IT IS NOW, THEREFORE, ORDERED, ADJUDGED, AND DECREED, as follows:

1. The Debtor's Motion for Private seeking to sell the property described below to RAC Properties is APPROVED:

> **26.31 acres of undeveloped land on Cleveland Road located in Johnson County, North Carolina, as described in the Johnson County Register of Deeds, Book 2830, Page 180.**

The Property shall be referred to as the "Fuller Tract."

2. On April 6, 2010, RAC Properties offered to purchase the Fuller Tract from the Debtor for the purchase price of $259,666.68.

3. RAC Properties submitted its offer in good faith.

4. The sale of the Fuller Tract is in the best interest of this estate and of all creditors because the property is not necessary for a reorganization. Additionally, the sale of the Fuller Tract satisfies in full a significant claim against the estate and terminates the accruing of interest and other carrying costs of the Fuller Tract for the estate.

5. RAC Properties' Offer to Purchase and Contract was negotiated in good faith and represents a fair price for the Fuller Tract, based on the present market conditions and the amount of the debt owed by the Debtor to Branch Banking & Trust Company ("BB&T"), the primary secured creditor for this property.

6. RAC Properties agrees to assume all current and past property taxes on the Fuller Tract and agrees to pay a per diem of $39.77 to BB&T from March 23, 2010 until the date of closing.

7. The Fuller Tract shall be sold free and clear of any and all liens or interests or encumbrances that may be asserted pursuant to the Free and Clear Order.

8. The Debtor has served notice of this Motion on all entities having an interest in the Fuller Tract.

9. The Debtor is authorized to enter into any related agreements, documents or other instruments, closing statements, or other reasonable and necessary documents as necessary to effectuate the closing of the sale of the Fuller Tract as authorized by the Court.

10. The 14-day stay applicable to orders authorizing the sale of property pursuant to Interim Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is waived.

"End of Document"