**VAN–124** Order Continuing Hearing – Rev. 09/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
Deuce Investments, Inc.
 *( debtor has no known aliases )*
449 Grill Road
Clayton, NC 27520

TaxID: 56–2201119

CASE NO.: 10–01083–8–RDD

DATE FILED: February 12, 2010

CHAPTER: 11

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE:     Thursday, April 28, 2011
TIME:     09:30 AM
PLACE:    Room 101, 1760 A Parkwood Blvd, Wilson, NC 27893

Confirmation of Chapter 11 Plan

A certificate of service must be filed by the attorney for the debtor(s) evidencing service on all creditors by the following date: 01/28/2011

DATED: December 8, 2010

Randy D. Doub
United States Bankruptcy Judge