UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

DEUCE INVESTMENTS, INC.                    CHAPTER 11
                                           CASE NO. 10-01083-8-RDD
        DEBTOR

### DEBTOR'S MOTION TO DISMISS

COMES NOW Deuce Investments, Inc. (the "Debtor") by and through its undersigned attorney of record, pursuant to Section 1112 of the Bankruptcy Code, and hereby moves the Court for an order to dismiss the above-referenced Chapter 11 proceeding, and in support thereof, shows unto the Court as follows:

1.  The Debtor filed this Chapter 11 proceeding on February 12, 2010 and has been operating as a debtor-in-possession.

2.  The Debtor has been in the business of developing residential subdivisions for approximately ten years.

3.  The Debtor no longer has assets for the estate to administer and the Debtor believes it is in the best interest of all parties for the case to be dismissed.

WHEREFORE, the Debtor respectfully requests that the Court dismiss this Chapter 11 proceeding and for such other and further relief as the Court deems appropriate.

DATED: 06/02/2011

                              s/Laurie B. Biggs
                              LAURIE B. BIGGS
                              N.C. State Bar No. 31845
                              Attorneys for the Debtor
                              STUBBS & PERDUE, P.A.
                              9208 Falls of Neuse Road, Suite 111
                              Raleigh, NC 27615
                              (919) 870-6258
                              (919) 870-6259 FACSIMILE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

DEUCE INVESTMENTS, INC.

CHAPTER 11
CASE NO. 10-01083-8-RDD

DEBTOR

## NOTICE OF MOTION TO DISMISS

NOTICE IS HEREBY GIVEN of the Debtor's Motion to Dismiss the Chapter 11 Proceeding, filed in the above-captioned case; and,

FURTHER NOTICE IS HEREBY GIVEN that the Motion to Dismiss may be allowed provided no response and request for a hearing is made by a party in interest in writing to the Clerk, U.S. Bankruptcy Court, on or before June 27, 2011, and;

FURTHER NOTICE IS HEREBY GIVEN, that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on the Motion to Dismiss and Response thereto at a date, time and place to be later set by the Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Motion to Dismiss and Response thereto ex parte without further notice.

DATED: 06/02/2011

s/Laurie B. Biggs
LAURIE B. BIGGS
N.C. State Bar No. 31845
Attorneys for the Debtor
STUBBS & PERDUE, P.A.
9208 Falls of Neuse Road, Suite 111
Raleigh, NC 27615
(919) 870-6258
(919) 870-6259 FACSIMILE

## CERTIFICATE OF SERVICE

I, Laurie B. Biggs, 9208 Falls of Neuse Road, Suite 111, Raleigh, North Carolina 27615, certify:

That I am at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 2nd day of June, 2011, I served copies of the foregoing pleading on the parties listed below and on Exhibit "A" attached hereto, by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail or electronically as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: 06/02/11

                                                  s/Laurie B. Biggs
                                                  LAURIE B. BIGGS
                                                  N.C. State Bar No. 31845
                                                  Attorneys for the Debtor
                                                  STUBBS & PERDUE, P.A.
                                                  9208 Falls of Neuse Road, Suite 111
                                                  Raleigh, NC 27615
                                                  (919) 870-6258
                                                  (919) 870-6259 FACSIMILE

TO:

| | |
|---|---|
| Bankruptcy Administrator | (via CM/ECF) |
| Linwood J. Jones<br>Vice-President, Deuce Investments, Inc. | (via email) |

EXHIBIT A

| | | |
|---|---|---|
| DEUCE INVESTMENTS, INC.<br>449 GRILL ROAD<br>CLAYTON, NC 27520 | TRAWICK H. STUBBS, JR.<br>STUBBS & PERDUE, P.A.<br>PO BOX 1654<br>NEW BERN, NC 28563 | BRANCH OF REORGANIZATION<br>ATTN: MANAGING AGENT<br>3475 LENOX ROAD NE #1000<br>ATLANTA, GA 30326 |
| SECRETARY OF TREASURY<br>ATTN: MANAGING AGENT<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20220 | NC DEPT. OF REVENUE<br>ATTN: MANAGING AGENT<br>PO BOX 25000<br>RALEIGH, NC 27640 | EMPLOYMENT SECURITY COM.<br>ATTN: MANAGING AGENT<br>PO BOX 25903<br>RALEIGH, NC 27611 |
| INTERNAL REVENUE SERVICE<br>ATTN: MANAGING AGENT<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | UNITED STATES ATTORNEY<br>310 NEW BERN AVENUE<br>FEDERAL BLDG SUITE 800<br>RALEIGH, NC 27601-1461 | BB&T<br>ATTN: JACK R. HAYES<br>PO BOX 1847<br>WILSON, NC 27894-1847 |
| BENNY ROWLAND BACKHOE SERV.<br>ATTN: MANAGER OR AGENT<br>2880 ELEVATION ROAD<br>FOUR OAKS, NC 27524 | CRESCENT STATE BANK<br>C/O J. MICHAEL FIELDS<br>PO BOX 8088<br>GREENVILLE, NC 27835-8088 | BROOKE L. DALRYMPLE<br>ATTY FOR BB&T<br>PO BOX 12347<br>RALEIGH, NC 27605 |
| BRIAN D. DARER<br>ATTY FOR SUNTRUST BANK<br>P.O. BOX 389<br>RALEIGH, NC 27602 | DEAN R. DAVIS<br>ATTY D.F. WEIR, JR.<br>1508 MILITARY CUTOFF RD #102<br>WILMINGTON, NC 28403 | ECLP CO.<br>ATTN: MANAGER OR AGENT<br>PO BOX 2151<br>CAROLINA BEACH, NC 28428 |
| ENVIRO-MATTERS<br>ATTN: MANAGER OR AGENT<br>195 SHADY LANE ROAD<br>WATHA, NC 28478 | ENVIRONMENTAL CHEMISTS, INC.<br>ATTN: MANAGER OR AGENT<br>PO BOX 1037<br>WRIGHTSVILLE BEACH, NC 28480 | FOSE PROPERTIES LLC<br>ATTN: MANAGER OR AGENT<br>8 BAYVIEW DRIVE<br>JACKSONVILLE, NC 28540 |
| KAREN GEROW<br>908 PILOTS RIDGE ROAD<br>WILMINGTON, NC 28412 | SCOTT J. GEROW<br>908 PILOTS RIDGE ROAD<br>WILMINGTON, NC 28412 | HEWETT & WOOD, P.A.<br>ATTN: MANAGER OR AGENT<br>PO BOX 369<br>SELMA, NC 27576 |
| JDG, INC.<br>ATTN: MANAGER OR AGENT<br>PO BOX 595<br>SELMA, NC 27576 | ELIZABETH JOHNSON<br>612 POWELL STREET<br>SMITHFIELD, NC 27577 | GREGORY A. JOHNSON<br>612 POWELL STREET<br>SMITHFIELD, NC 27577 |
| JOHNSTON COUNTY TAX OFFICE<br>ATTN: MANAGING AGENT<br>PO BOX 451<br>SMITHFIELD, NC 27577-0451 | DIANE C. JONES<br>449 GRILL ROAD<br>CLAYTON, NC 27520 | LINWOOD J. JONES<br>449 GRILL ROAD<br>CLAYTON, NC 27520 |

LINWOOD J. JONES
449 GRILL ROAD
CLAYTON, NC 27520

JOSEPH S. HILL, JR. & ASSOC.
ATTN: MANAGER OR AGENT
1602 HARBOUR DRIVE
WILMINGTON, NC 28401

LANDIS, INC.
ATTN: MANAGER OR AGENT
PO BOX 30069
RALEIGH, NC 27622-0069

DONALD R. MASON
612 LAKE WINDS TRAIL
ROUGEMONT, NC 27572

LINDA W. MASON
612 LAKE WINDS TRAIL
ROUGEMONT, NC 27572

MILLARD & MILLARD
ATTN: MANAGER OR AGENT
PO BOX 595
SELMA, NC 27576

DONALD E. MILLARD
PO BOX 595
SELMA, NC 27576

PAMELA MILLARD
PO BOX 595
SELMA, NC 27576

NC DEPT ENV & NATURAL RES
ATTN: MANAGING AGENT
PO BOX 27687
RALEIGH, NC 27611

ONSLOW COUNTY TAX COLLECTOR
ATTN: MANAGER OR AGENT
39 TALLMAN STREET
JACKSONVILLE, NC 28540

PENDER COUNTY TAX OFFICE
ATTN: MANAGER OR AGENT
PO BOX 1047
BURGAW, NC 28425

PENDER COUNTY UTILITY DEPT
ATTN: MANAGER OR AGENT
PO BOX 995
BURGAW, NC 28425

PROGRESS ENERGY CAROLINAS
ATTN: MANAGER OR AGENT
PO BOX 1771
RALEIGH, NC 27602

R.D. BRASWELL CONSTRUCTION CO.
ATTN: MANAGER OR AGENT
3241-101 US 70 EAST
SMITHFIELD, NC 27577

ERIC SELLERS
407 BENNETT DRIVE
SELMA, NC 27576

SOUTHWIND SURVEYING & ENG, INC.
ATTN: MANAGER OR AGENT
201 GLEN ROAD
GARNER, NC 27529

JOSEPH H. STALLINGS
ATTY FOR BB&T
PO BOX 12347
RALEIGH, NC 27605

SUNTRUST BANK
ATTN: MANAGER OR AGENT
PO BOX 79079
BALTIMORE, MD 21279-0079

SURF CITY TAX COLLECTOR
ATTN: MANAGER OR AGENT
PO BOX 2475
SURF CITY, NC 28445-0027

WILLIAM J. WOLF
ATTY FOR DONALD R. MASON
PO BOX 2917
DURHAM, NC 27715

GORDON WOODRUFF
ATTY FOUR OAKS BANK
P.O. BOX 708
SMITHFIELD, NC 27577

WOODRUFF, REECE & FORTNER
ATTN: MANAGER OR AGENT
PO BOX 708
SMITHFIELD, NC 27577