**SO ORDERED.**

**SIGNED this 29 day of June, 2011.**

_____
**Randy D. Doub
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

DEUCE INVESTMENTS, INC.                      CHAPTER 11
                                             CASE NO. 10-01083-8-RDD
    DEBTOR

## ORDER DISMISSING CASE

THIS MATTER coming on to be heard upon the Debtor's Motion to Dismiss, and, it appearing to the Court as follows:

1.    The Debtor filed this Chapter 11 proceeding on February 12, 2010 and has been operating as a debtor-in-possession.

2.    The Debtor has been in the business of developing residential subdivisions for approximately ten years.

3.    The Debtor no longer has assets for the estate to administer and the Debtor believes it is in the best interest of all parties for the case to be dismissed.

4.    Proper notice was given to creditors and parties of interest and no response or objection has been filed.

5. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §157 and §1334 and this matter constitutes a core proceeding.

**IT IS, NOW, HEREBY ORDERED, ADJUDGED AND DECREED** that the Debtor's case is dismissed.

"End of Document"